AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br><br> Calvin Levi Johnson <br><br> *Defendant(s)* | ) <br> ) <br> ) Case No. <br> )       4:22-mj-00003-VTW <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 11, 2022  in the county of  Lawrence  in the Southern District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Theft From a Federal Firearms Licensee |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Caleb Anderson
*Complainant's signature*

Caleb Anderson, SA/ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  telephone  *(reliable electronic means)*

Date:  01/14/2022

*Judge's signature*

City and state:  Terre Haute, Indiana      Hon. Craig M. McKee, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

1.	Your Affiant, Caleb Anderson is a Special Agent (SA) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since August 2020.  Your Affiant is currently assigned to the Indianapolis Group III Field Office and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code, for all of which your Affiant has received formal training at the Federal Law Enforcement Training Center and the ATF National Academy.  As a federal agent, your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2.	Prior to employment with ATF, your Affiant was employed as a State Trooper and Detective State Trooper with the Indiana State Police (ISP) from 2007-2020. Your Affiant graduated from the Indiana State Police Academy.  From 2016-2020, your Affiant was a Task Force Officer (TFO) for the ATF assigned to the Fort Wayne, Indiana Field Office.  As a law enforcement officer, your Affiant has been involved in many investigations involving homicides, armed drug trafficking, felons in possession of firearms, National Firearm Act (NFA) violations, controlled buys of illegal firearms, controlled buys of narcotics, undercover purchases of firearms and criminal gang cases, among others.  Through my participation in these investigations, I have debriefed numerous defendants, confidential informants, cooperating sources, and witnesses with personal knowledge regarding firearms or narcotics trafficking. I have also participated in undercover operations, conducted physical and electronic surveillance, managed informants and cooperating sources, seized evidence and contraband, executed search

warrants, and arrested defendants. Your Affiant has also testified in judicial proceedings and prosecutions for violations of State and Federal law.

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of presenting probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that Calvin Levi JOHNSON ("JOHNSON"), date of birth XX-XX-2002, violated 18 U.S.C. § 922(u) Theft From a Federal Firearms Licensee.

## FACTS SUPPORTING PROBABLE CAUSE

4. On or about January 11, 2022, your Affiant began investigating a burglary to Cosner's Gun & Knife Shop, a Federal Firearms Licensee (hereinafter "Cosner's" or "the FFL") FFL Number: 4-35-093-01-2K-00421, located at 2234 37th Street, Bedford, Indiana 47421. Officers with the Bedford Police Department (BPD) responded to an alarm at the FFL at approximately 2:11 am on January 11, 2022. At the initial stages of the investigation, it was believed that approximately twenty (20) firearms had been stolen during the burglary.

5. Your Affiant spoke with BPD Detective Trevor Shelhart who was the lead detective for BPD on the burglary. Detective Shelhart advised that patrol officers arrived a short time after the alarm call and found the front door was forced open and the door was open upon BPD arrival. Detective Shelhart further advised the FFL thought 20 firearms were stolen including one AR-pistol. ATF Industry Operations Investigator (IOI) Spencer Cooers assisted the FFL owner in compiling a list of stolen firearms from the FFL. The list included 16 firearms as follows:

1. Rock Island Armory, importer Armscor, pistol, model 1911, SN: RIA2461940, .45 caliber
2. Ruger, pistol, model SR22, SN: 360-33849, .22 caliber
3. Smith & Wesson, pistol, model Shield, SN: JHB0613, 9mm
4. Ruger, pistol, model 1911, SN: 673-51298, .45 caliber
5. Ruger, pistol, model 1911, SN: 673-51258, .45 caliber
6. Springfield, pistol, model Hellcat, SN: BA595579, 9mm
7. Smith & Wesson, pistol, model Shield, SN: RFN0069, 9mm
8. Smith & Wesson, pistol, model SD40VE, SN: FDL7656, 40 caliber
9. ATI, (AR) pistol, model Omni, SN: NS311903, .223 caliber
10. Smith & Wesson, pistol, model Shield, SN: JLE5168, 9mm
11. Smith & Wesson, model Shield, SN: FDK7239, 9mm
12. Smith & Wesson, model Shield, SN: NKS3290, .380 caliber
13. Smith & Wesson, model Shield, SN: NJY8658, 9mm
14. Smith & Wesson, model Shield, SN: JKY8328, 9mm
15. Smith & Wesson, model Shield, SN: JHE0926, 9mm
16. Smith & Wesson, model Shield, SN: NJW5968, 9mm

Through the course of the investigation, it was determined that Firearms No. 11 (Smith & Wesson, Model Shield, FDK2739) and No. 16 (Smith & Wesson, Model Shield, SN: NJW5968) were both located inside the FFL on January 13, 2022.  Two additional firearms—a Sig Sauer pistol, model P365, 9mm, SN: 66B764654, and a Smith & Wesson, Model Shield, 9mm caliber handgun, SN: NJZ7344 were determined to be stolen.

   6. Your Affiant and other investigators viewed the security footage from the FFL.  It should be noted the date and time stamp on the security camera was off by one day and one hour ahead, i.e. the footage showed January 10, 2022, and 03:00 A.M. when the true date and time was January 11, 2022, at 02:00 A.M.  Upon viewing the footage, three suspects were involved and made entry via the front entrance door.  From approximately camera time stamp 03:00 A.M. until approximately 03:07:45 A.M. the suspects attempted to make entry via the front door.  The door was opened at camera time stamp, 03:07:45 A.M. and three individuals appearing to be white males entered the FFL.

7. The first suspect (S1) to enter was wearing a black jacket or hooded sweatshirt with the hood pulled up, a white face covering, dark pants and carried a black backpack, and had white and black shoes. Suspect 2 (S2) entered after S1 and was wearing a dark colored jacket with a gray hooded sweatshirt with the hood sticking out of the top of the jacket. S2 had a black snow hat, black face covering and appeared to be wearing blue jeans and dark colored shoes. Suspect 3 (S3) entered last and was wearing similar clothing as S2, a dark colored jacket with a gray hooded sweatshirt, a gray or dark colored snow hat, dark pants and white shoes with a white face covering. All suspects do not appear to have worn gloves and their hands appeared to be Caucasian.

8. S1 upon entry ran straight to the glass gun counter with the book bag. S2 ran to the same glass gun counter, jumped over the counter, and took an AR-pistol from the rifle wall that was hanging from the wood rifle shelf. S2 checked the cash register. S3 ran partially into the store and appeared to have left a hammer near the front door. S3 then returned to the entrance door area, grabbed a hammer, and then handed it to S1 who was waiting near the glass counter. S1 then broke the glass counter with the hammer. S1 and S3 then began taking pistols out of the glass counter and putting them in the book bag. S2, after taking the AR-pistol, joined the other suspects and assisted putting pistols into the bookbag.

9. At approximate camera time stamp 03:08:10 A.M. the three suspects began to exit the store. S3 was the first to exit, followed by S2 who was carrying the AR-pistol. S1 closed the book bag and was the last to exit the store. No vehicle information was seen in the surveillance video. Local residences and businesses were checked for surveillance cameras and ring doorbell cameras. No such devices were located by investigators. Your Affiant did locate multiple sets of footprints that were located across the street from the FFL, in the grass running northwest into

the property of Schwan Food Company, 2311 37th Street, Bedford, IN. The tracks were on the east side of the Schwan entrance drive and led to the large parking lot of Schwan Food Company.

10. A media release with a reward of $5,000 was released by Bedford Police Department for information related to the FFL burglary. On January 12, 2022, Detective Shelhart informed your Affiant that a tip came in regarding the FFL that identified the 3 suspects as Levi JOHNSON (true name Calvin Levi JOHNSON), P.J., and B.B. P.J. and B.B. are juveniles.

11. Your Affiant and ATF Task Force Officer (TFO) Chris Scott met with Tipster 1 at a local business in Bedford, Indiana. Tipster 1 revealed that he/she heard the information from a friend of Tipster 1, that the friend received a Snapchat video from the three individuals involved in the burglary of Cosner's Gun Shop. Your Affiant and TFO Scott contacted Tipster 1's friend, who is identified as Tipster 2. Tipster 2 said the morning of January 11, 2022, upon waking up, Tipster 2 received a Snapchat message from JOHNSON, P.J., B.B., and B.J., another juvenile. Tipster 2 said that a message was sent to the group message included a video of multiple handguns and one AR style rifle that did not have a stock and looked small. The firearms were all laid out on a bed at what Tipster 2 said was at the residence of Ian Canfield, a mutual acquaintance.

12. Tipster 2 said he/she asked the group where the guns came from and was told that they had just "robbed a gun store". Tipster 2's description of the guns in the photo included black pistols, silver pistols, the AR-pistol and Tipster 2 said the above individuals told them they had two of the exact same 1911 style handguns. This description matches with the list of firearms stolen from the FFL, and this information had not been released to the public. Tipster 2 said that

P.J. is the individual that stated they did the "robbery" and P.J. told Tipster 2 that he is the one that grabbed the AR.

13. Tipster 2 further stated during the Snapchat conversation, they told Tipster 2 they used a hammer to pry open the middle lock on the door, broke the glass while prying open the door. Tipster 2 said they told Tipster 2 that they walked to the gun store from Canfield's residence near Ted Jones Apartment complex and 29th Street, and after the burglary returned to Canfield's residence.

14. BPD later ran Ian Canfield through the Indiana Bureau of Motor Vehicles (BMV) and his address returned as 307 Shawnee Lane, Bedford, Indiana, 47421. This information matches the direction of footprints found by your Affiant the morning of the burglary that led northwest toward Canfield's residence.

15. Surveillance units conducted surveillance on multiple residences involved in the burglary. A vehicle was seen leaving 307 Shawnee Lane and a traffic stop was conducted by Indiana State Police troopers. Ian Canfield was located in the vehicle, detained, and transported to the Bedford Police station. Canfield was read his Miranda Warnings and confirmed that he understood. Canfield stated that JOHNSON lived at 2911 Washington Avenue. TFO Scott, ATF SA Launa Hunt and your Affiant drove past 2911 Washington Avenue and confirmed that there was a newer-model silver Chevrolet Impala parked at the residence. BPD ran the BMV registration history of Lindsey Power, the mother of JOHNSON, and it showed that she currently has a silver 2016 Chevrolet Impala registered in her name.

16. Later, a surveillance unit that was observing 2911 Washington Avenue then advised other surveillance units the Impala was leaving the residence with several occupants. An Indiana State Police Trooper conducted a traffic stop on the vehicle, containing Lindsey Power

and P.J. While speaking with them, P.J. stated that JOHNSON was still inside the residence at 2911 Washington Avenue.

17.    Upon receiving this information, ISP Troopers maintained surveillance on the residence. Your Affiant and TFO Scott spoke with Lindsey at the Bedford Police station and she stated JOHNSON and B.J. were still at 2911 Washington Ave when she left.

18.    BPD obtained a state search warrant for 2911 Washington Avenue, and the BPD S.W.A.T. team served the warrant. JOHNSON was inside the residence and detained. Once the residence was secure, your Affiant, TFO Scott, and other officers and detectives with BPD searched the residence. In JOHNSON's bedroom closet were muddy shoes that matched the surveillance footage from the FFL burglary. Inside a black "Champion" book bag on the floor by JOHNSON's bed were four firearms; (1) a Ruger, pistol, model SR1911, .45 caliber, SN: 673-51298, (2) a Smith & Wesson, pistol, model SD40VE, .40 caliber, SN: FDL7656, (3) a Sig Sauer, pistol, model P365, 9mm, SN: 66B764654, and (4) a Rock Island Armory, Imported by Armscor, model M1911 A1-FS, .45 caliber, SN: RIA2461940. All of the above firearms were found to be stolen during the FFL burglary.

19.    Additional firearms stolen from the FFL burglary were recovered in P.J.'s and B.J.'s shared bedroom to include a Smith & Wesson, pistol, model Shield, 9mm, SN: JHB0613, ATI, pistol, model Omni, .223 caliber, SN: NS311903, Smith & Wesson, pistol, model Shield, 9mm, SN: NKS3290 and a Smith & Wesson, pistol, model Shield, 9mm, SN: JHE0926.

20.    JOHNSON was transported to the ISP Detective Office at the prosecutor's office in Bedford. Your Affiant and TFO Scott conducted an audio recorded interview of JOHNSON. JOHNSON was read his Miranda Warnings and waived his rights, signed the form and agreed to speak with investigators. JOHNSON admitted that he, his brother P.J. and his friend B.B.

conducted the FFL burglary. JOHNSON said B.B. told them about the plan to burglarize the gun store, and he and his brother agreed to go. JOHNSON said they went to Ian's residence and they told Ian they were going to break into the gun store, but that Ian did not want to assist them. JOHNSON said Ian told them if they don't get caught they could come back to his house after the burglary. JOHNSON said B.B. brought the hammer that was used to break the glass on the front door and pry the door open. JOHNSON said he had a black book bag (Champion book bag found in his bedroom by his bed), a black hoody, a gray sweatshirt, a leather jacket, hospital style gloves and an additional pair of black gloves, white Under Armor shoes (recovered from closet) and a black ski mask that was observed in JOHNSON's bedroom nightstand by his bed.

21. JOHNSON further stated that upon entering the gun store, he and B.B. went to the glass counter where B.B. broke the case with the hammer. JOHNSON said he and B.B. put handguns into their bookbags while his brother P.J. took the AR-pistol. JOHNSON said after they did the burglary then ran through grass and woods back to Ian's residence. JOHNSON said they showed Ian, another individual named "Cam Roop", and B.B.'s juvenile sister the firearms they just took. JOHNSON said he gave Roop a "1911 pistol" and B.B. gave Ian a black 9mm pistol that they took from the FFL. JOHNSON went on to state that they gave these two guns so they would not tell on them. JOHNSON said he should have three or four handguns that were in the black Champion book bag in his bedroom by his bed. JOHNSON said all the guns in the bag were taken from the FFL. JOHNSON said B.B. had more guns than he did. JOHNSON said the plan to was to sell the guns whenever they could and they had not yet sold any of the stolen firearms. JOHNSON stated they removed the FFL gun tags at Ian's apartment and the tags were placed in the large apartment trash bins after the burglary.

22. In total, fifteen (15) firearms were recovered between the JOHNSON residence, Ian's residence, and B.B.'s residence. Fourteen (14) of the firearms were stolen from the FFL and currently two firearms are unaccounted. The recovered firearms were later taken into custody by your Affiant and will be transported to the ATF Indianapolis Field Office.

23. An interstate nexus expert with ATF advised none of the firearms stolen by JOHNSON and co-conspirators, and recovered in JOHNSON's black Champion book bag, were manufactured in the state of Indiana. By virtue of their presence in the State of Indiana, therefore, they had to have been transported or shipped in interstate or foreign commerce.

24. Based on the facts set forth in this affidavit, your Affiant submits that probable cause exists that on or about January 11, 2022, in the Southern District of Indiana, Calvin Levi JOHNSON, has committed the offense of 18 U.S.C. § 922(u) Theft From a Federal Firearms Licensee (FFL). I submit this affidavit in support of a Criminal Complaint charging JOHNSON with this offense and request a warrant for his arrest.

Respectfully Submitted,

/s/Caleb Anderson
Caleb Anderson, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and
Explosives/BDG

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by telephone.

_____  1/14/2022
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana