UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.   4:22-cr-018-TWP-VTW |
| | ) |
| CALVIN LEVI JOHNSON, | ) |
| | ) |
| Defendant. | ) |

FILED
4:10 pm, Dec 07, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PENALTY SHEET

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(u)<br>Theft from a Federal Firearms Licensee | 0 – 10 | NMT $250,000 | NMT 3 years |

Dated: _____

_____
Calvin Levi Johnson
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana